UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Janet Duke on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>Luxottica U.S. Holdings Corp. et al.,<br><br>      Defendant. | Case No. 2:21-cv-06072 (JMA) (AYS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with the Court's Orders granting Motion for Leave to Appear Pro Hac Vice (filed November 15 and 18, 2021), Peter K. Stris, Rachana A. Pathak, John Stokes, Shaun P. Martin, and Victor O'Connell hereby enter their appearances in this case as counsel for Plaintiff, Janet Duke.

Dated: November 19, 2021

By: /s/ *Rachana A. Pathak*
Rachana A. Pathak (*Pro Hac Vice*)
Peter K. Stris (*Pro Hac Vice*)
John Stokes (*Pro Hac Vice*)
Shaun P. Martin (*Pro Hac Vice*)
Victor O'Connell (*Pro Hac Vice*)
STRIS & MAHER, LLP
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800
rpathak@stris.com

*Attorneys for Plaintiff Janet Duke*