| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Linda Aono |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **Date:** | Wednesday, November 24, 2021 11:54:07 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 4801832
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-15060599
Approval Code: 049048
Card Number: ************0393
Date/Time: 11/24/2021 11:53:58 ET

NOTE: This is an automated message. Please do not reply